IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

CHRIS J. JACOBS,

                                                          ORDER

                  Petitioner,,

                                                     01-cv-84-jcs

    v.

GARY MCCAUGHTRY,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Because Judge Shabaz will be convalescing from shoulder surgery for an extended period of time, I have assumed administration of the cases previously assigned to him, including this one.

      On March 20, 2001, Judge Shabaz dismissed petitioner's petition for a writ of habeas corpus with prejudice and judgment was entered. Petitioner appealed the judgment. Judge Shabaz denied petitioner's request to proceed in forma pauperis and for a request of a certificate of appealability on June 6, 2001. Petitioner's second request for a certificate of appealability was denied on June 16, 2001. On September 26, 2001, the United States Court of Appeals denied petitioner's request for a certificate of appealability and request to proceed in forma pauperis on appeal.

1

Petitioner has written several letters requesting the status of his motion for a certificate of appealability. Petitioner's motion for a certificate of appealability was denied by the court of appeals on September 26, 2001. Any subsequent motion for a certificate of appealability that petitioner is attempting to file must be denied because he has no appeal pending at this time.

ORDER

IT IS ORDERED that petitioner's request for a certificate of appealability is DENIED.

Entered this 17th day of June, 2008.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge